# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

JOHN NIEHUSS,

      Plaintiff,

      v.

COLOSSAL BIOSCIENCES, INC.,

      Defendant.

**Case No.: 23-cv-0617**

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and among the parties to this action, through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the above-captioned action be and hereby is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

KUSHNIRSKY GERBER PLLC

By: /s/ Andrew Gerber
    Andrew Gerber (424168)
    27 Union Square West, Suite 301
    New York, NY 10003
    Telephone: (212) 882-1320
    Facsimile: (917) 398-1487
    Email: andrew@kgfirm.com

    *Attorneys for Plaintiff John Niehuss*

ICE MILLER LLP

By: /s/ Jacqueline M. Lesser
    Jacqueline M. Lesser (204622)
    1735 Market Street, Suite 3900
    Philadelphia, PA 19103
    Telephone: (215) 982-5165
    Facsimile: (215) 982-5168
    Email: jacqueline.lesser@icemiller.com

    *Attorneys for Defendant*
    *Colossal Biosciences, Inc.*

9